# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JAY PRICE,<br><br>    Plaintiff,<br><br>    v.<br><br>STEPHANIE BRAZIER,<br><br>    Defendant. | Case No. 1:13-cv-01141-MJS (PC)<br><br>**ORDER DISREGARDING IMPROPERLY FILED APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**(ECF No. 2)**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**(ECF No. 8)** |

Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. <u>Page v. Torrey</u>, 201 F.3d 1136, 1140 (9th Cir. 2000).

On July 15, 2013, Plaintiff filed an application to proceed in forma pauperis (ECF No. 2) using an improper form. This application shall be disregarded.

On August 9, 2013, Plaintiff filed an application to proceed in forma pauperis (ECF No. 8) utilizing the correct form, revealing Plaintiff is unable to afford the costs of this action. This application shall be granted.

Accordingly, for the reasons stated, it is HEREBY ORDERED THAT (1) the July 15, 2013 application to proceed in forma pauperis (ECF No. 2) is DISREGARDED, and (2) the

1  August 9, 2013 application to proceed in forma pauperis (ECF No. 8) is GRANTED.

IT IS SO ORDERED.

Dated:   August 26, 2013            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE